UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**The Pastry Portal Inc.**,

    *Plaintiff,*

v.                     **Case No. 3:23-cv-135**
                      **Judge Thomas M. Rose**

**Elizabeth Siefke**, et al.,

    *Defendants.*

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (DOC. 44) AND TERMINATING CASE.**

---

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge. (Doc. 44.) On May 2, 2024, Magistrate Judge Caroline H. Gentry issued a Report and Recommendation recommending that this case be terminated. No objections have been filed.

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

1

The Court has reviewed the findings of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendations (Doc. 44) in its entirety. The instant case is **TERMINATED** from the docket of the United States District Court, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, July 31, 2024.

s/Thomas M. Rose

———————————————
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE